# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>Adam Scott Pike<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.  3:17-mj-00139-KFM<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 1 - April 3, 2017 _____ in the county of _____ in the

_____ District of _____ ALASKA _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2241(c) | Attempted Aggravated Sexual Abuse with Children |
| 18 USC § 2423(b), (e) | Attempted Travel with Intent to Engage in Illicit Sexual Conduct |
| 18 USC § 2252(a)(2) | Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Lisa Watson

☑ Continued on the attached sheet.

Signature Redacted

_____
*Complainant's signature*

LISA WATSON, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

Date: _____ 04/05/2017 _____

_____
*Judge's signature*

City and state: _____ Anchorage, Alaska _____

KEVIN F. McCOY, United States Magistrate Judge
*Printed name and title*